UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                Case No.: 25-16900-LMI
**JOSE ANTONIO PARAFITA CORCHO**,          Chapter 13
Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM NO. 20 FILED BY SOUTHSTATE BANK, N.A.**

> **IMPORTANT NOTICE TO CREDITOR:**
> **THIS IS AN OBJECTION TO YOUR CLAIM**
>
> **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**
>
> **Pursuant to Local Rule 3007-1(C), the SOUTHSTATE BANK, N.A. and other interested parties have the opportunity to object to the Debtor's objection to their proof of claim. Any interested party who fails to file and serve a written response to this objection within 30 days after the date of service of this objection shall be deemed to have consented to the Court's disallowance or adjustment of the claim as requested herein.**

COMES NOW the Debtor, **Jose Antonio Parafita Corcho**, by and through undersigned counsel, and pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, objects to Claim No. 20 filed by **SouthState Bank, N.A.** (the "Creditor") on the grounds that it was untimely filed, and in support states:

1. The Debtor filed this Chapter 13 case on **June 18, 2025**.
2. The bar date for non-governmental creditors to file a proof of claim was **August 27, 2025**.
3. **Claim No. 20**, filed by SouthState Bank in the amount of $113,729.38, was filed on **October 31, 2025**, more than two months after the bar date.
4. SouthState Bank was **properly listed** on the Debtor's Schedule F and served with notice of the case. There has been **no return mail** indicating otherwise.

5. The Debtor has filed a formal **Response in Opposition to the Creditor's Motion to Allow Late-Filed Claim** [ECF No. 36], fully outlining the procedural history, service, and reasons why the creditor's motion should be denied and the claim disallowed.

6. The Debtor incorporates by reference the arguments set forth in ECF No. 35 as additional grounds to disallow Claim No. 20 in full.

**WHEREFORE, the Debtor respectfully requests that the Court enter an order:**

- **Disallowing Claim No. 20 in its entirety** as untimely filed; and
- Granting such other and further relief as is just and proper.

**Respectfully submitted,**

/s/ Robert Sanchez, Esq.
**Law Office of Robert Sanchez, P.A.**
6625 Miami Lakes Drive
Mailbox no. 426
Miami Lakes, FL 33014
Phone: 305-687-8008
Email: COURTNOTES@BANKRUPTCYCLINIC.COM