UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JOSE ANTONIO PARAFITA CORCHO,

    Debtor.
_____/

Case No.: 25-16900-LMI
Chapter 13

## REPLY IN SUPPORT OF MOTION TO ALLOW LATE FILED CLAIM AND RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO. 20 FILED BY SOUTHSTATE BANK, N.A.

SouthState Bank, N.A. ("SouthState" or "Claimant") by and through its undersigned counsel, hereby files this reply in support of its Motion to Allow Late Filed Claim (ECF 35) and response to the Debtor's Objection to Claim No. 20 Filed by SouthState Bank, N.A. (ECF 38) and in support would show the Court as follows:

**Factual Background**

1.    On January 22, 2024, JP Phlebotomy Services, Corp. ("JP Phlebotomy") obtained a loan from SouthState in the principal amount of $100,000 (the "Loan"). JP Phlebotomy is owned solely by the Debtor, Jose Antonio Parafita Corcho (the "Debtor"). The Debtor personally guaranteed the Loan to JP Phlebotomy by signing an unconditional guarantee agreement.

2.    The Loan went into default for JP Phlebotomy's failure to make the payment due December 5, 2024 and all subsequent payments.

3.    Therefore, on March 21, 2025, SouthState filed a complaint against JP Phlebotomy and the Debtor for collection of the loan In the Circuit Court, Eleventh Judicial Circuit, In and For Miami-Dade County, Florida (the "State Court Action"). SouthState is represented in the State Court Action by attorneys Alexandra Mora and Mariana Munoz of Akerman LLP (the "Firm").

4. The Debtor filed a *pro se* answer to the complaint in the State Court Action on April 3, 2025.

5. On June 12, 2025, SouthState filed a Motion for Final Default and Final Summary Judgment (the "MSJ") in the State Court Action.

6. The Debtor filed his voluntary petition under Chapter 13 of the Bankruptcy Code on June 18, 2025 (the "Petition Date"). The Debtor did not file a suggestion of bankruptcy in the State Court Action.

7. On June 18, 2025, Attorney Munoz sent a letter to the Debtor requesting that he contact her to discuss scheduling a hearing on the MSJ. The June 18, 2025 letter specifically stated, "Should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your attorney respond to this letter." A copy of the June 18, 2025 letter is attached as **Exhibit A**. The Debtor did not respond to the June 18, 2025 letter. *See* Declaration of Alexandra Mora ("Mora Declaration") attached as **Exhibit B** at ¶ 4.

8. On July 25, 2025, Attorney Munoz sent a second letter to the Debtor requesting that he contact her regarding dates for a status conference in the State Court Action. The July 25, 2025 letter again stated, "Should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your attorney respond to this letter." A copy of the July 25, 2025 letter is attached as **Exhibit C**. The Debtor did not respond to the July 25, 2025 letter. *See* Mora Declaration at ¶ 4.

9. On August 28, 2025, Attorney Munoz sent a third letter to the Debtor with proposed dates for a hearing on the MSJ. The August 28, 2025 letter stated, "Again, should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your

2

84177950;1

attorney respond to this letter." A copy of the August 28, 2025 letter is attached as **Exhibit D**. The Debtor did not respond to the August 28, 2025 letter. *See* Mora Declaration at ¶ 4.

10. On September 5, 2025, SouthState filed and served a notice of hearing in the State Court Action scheduling a hearing on the MSJ for October 1, 2025. The Debtor appeared *pro se* at the October 1, 2025 hearing on SouthState's MSJ. The Debtor did not inform the state court or SouthState's attorney that he had filed a bankruptcy case. *See* Mora Declaration at ¶ 5.

11. On October 13, 2025, the court in the State Court Action entered a Final Default and Summary Judgment against JP Phlebotomy and the Debtor.[1]

12. On October 30, 2025, an attorney for the Firm received a letter from the Debtor informing her *for the first time* of this bankruptcy case. Prior to that date, the Debtor had not contacted SouthState or the Firm to inform them that he had filed this bankruptcy case.

13. The Debtor listed SouthState as an unsecured creditor on his Schedule E/F as "SouthState Bank, c/o Akerman LLP, 98 SE 7th Street, Suite 1100, Miami, FL 33131." Attorney Mora's name is not listed on Schedule E/F. Attorney Mora's office is located at 98 SE 7th Street, Suite 1100, Miami, FL 33131. However, Attorney Mora never received notice of the bankruptcy case from the bankruptcy noticing center.

14. The Debtor never contacted the Firm prior to the August 27, 2025 claims bar date to inform them of this bankruptcy case. *See* Mora Declaration at ¶ 6.

15. SouthState, nor the Firm, had actual notice of this bankrtupcy case until October 30, 2025, after the claims bar date of August 27, 2025.

## Memorandum of Law

16. Federal Rule of Bankruptcy Procedure 3002(c)(7) states,

---

[1] SouthState is in the process of having the Final Judgment entered against the Debtor vacated now that it has learned of this bankruptcy case.

> On a creditor's motion filed before or after the time to file a proof of claim has expired, the court may extend the time to file by no more than 60 days from the date of its order. The motion may be granted if the court finds that the notice was insufficient to give the creditor a reasonable time to file.

Promptly upon learning of this bankrtupcy case, on October 31, 2025 SouthState filed its proof of claim and filed its Motion to Allow Late Filed Claim. This Motion must be granted because the notice provided to SouthState was insufficient to allow it to file a proof of claim before the claims bar date.

17. Additionally, 11 U.S.C. § 342(c)(2)(A) states:

> If, within the 90 days before the commencement of a voluntary case, a creditor supplies the debtor in at least 2 communications sent to the debtor with the current account number of the debtor and the address at which such creditor requests to receive correspondence, then any notice required by this title to be sent by the debtor to such creditor shall be sent to such address and shall include such account number.

18. In communications, consisting of loan statements, sent to the Debtor on April 5, 2025, May 5, 2025, and June 5, 2025, SouthState's address was listed as, "SouthState Bank, N.A., SBA Servicing, P.O. Box 118068, Charleston, SC 29423." Copies of the April, May, and June loan statements are attached as **Exhibit E**. The address listed by the Debtor on Schedule E/F for SouthState was not the address listed on the loan statements sent to the Debtor within 90 days of the Petition Date.

19. The Debtor listed the Firm's address on Schedule E/F for SouthState instead of SouthState's address, but the Firm has no record of receiving notices of this bankruptcy case. Although there is a rebuttable presumption that a properly-mailed item is received by the addressee, that presumption is rebuttable. *See In re Arnold*, 2010 WL 2926153 at *6 (N.D. Iowa July 22, 2010). A question of fact is created when a party denies receipt of a mailing. *Id. citing In*

*re Longardner*, 855 F.2d 455, 460 (7th Cir. 1988). Here, SouthState submits the Mora Declaration attesting to the fact that she never received notice of the Debtor's bankruptcy case.

    20.    As one court as explained,

> In the chapter 13 context, factors to be considered [when deciding a motion to extend time to file a claim] include: (i) whether a chapter 13 plan has been confirmed, (ii) whether the failure to list the creditor properly was the result of inadvertence or was ill-intentioned, (iii) whether the creditor acted diligently in bringing its motion under Rule 3002(b)(6), (iv) whether the inclusion of the creditor's claim among allowed claims at that juncture in the case would significantly prejudice other creditors or make untenable the chapter 13 trustee's administration of the case, (v) whether the extension of the bar date would prove futile, as where the claim would be disallowed for a reason other than untimeliness, and (vi) whether the denial of an extension would likely subject the debtor to additional proceedings which might prove costly, frustrate the debtor's efforts to perform under the chapter 13 plan, or impair the debtor's fresh start should a discharge be obtained.

*In re Fitzgerald*, No. 8:19-BK-07741-RCT, 2020 WL 5745973, at *4 (Bankr. M.D. Fla. May 18, 2020). In this case, the Debtor's Chapter 13 Plan has not been confirmed, SouthState acted diligently in bringing its motion to allow late filed claim, inclusion of SouthState's unsecured claim would not prejudice other creditors or make the chapter 13 trustee's administration of the estate untenable, and extending the bar date would not be futile. For all of these reasons, SouthState's Motion should be granted and its claim allowed.

WHEREFORE, SouthState Bank, N.A. requests entry of an order allowing late filed Proof of Claim 20 as timely, overruling the Debtor's Objection to Proof of Claim 20, and for such other relief which this Court deems just and proper.

Dated:  November 17, 2025

Respectfully submitted,

AKERMAN LLP

By: */s/ Raye C. Elliott*
    Raye  C. Elliott
     Florida Bar No.: 018732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, FL 33602
    Phone:  (813) 223-7333
    Fax:  (813) 223-2837

and

Christian P. George
Florida Bar No.: 41055
Email:  christian.george@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, FL  32202
Telephone:  (904) 798-3700
Facsimile:  (904) 798-3730

*Attorneys for SouthState Bank, N.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the below service list and via U.S. Mail to the parties listed on the attached mailing matrix.

By:   */s/ Raye C. Elliott*
      Raye C. Elliott, Esq.

84177950;1

**SERVICE LIST**

**25-16900-LMI Notice will be electronically mailed to**

Nancy K. Neidich    e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez    COURTNOTES@BANKRUPTCYCLINIC.COM, r51375@notify.bestcase.com;sanchezrr51375@notify.bestcase.com

Gavin N. Stewart    bk@stewartlegalgroup.com

```
Label Matrix for local noticing              Ford Motor Credit Company LLC d/b/a Lincoln   Ford Motor Credit Company LLC, c/o AIS Portf
113C-1                                       4515 N Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS
Case 25-16900-LMI                            Oklahoma City, OK 73118-7901                  Oklahoma City, OK 73118-7901
Southern District of Florida
Miami
Mon Nov 17 15:13:34 EST 2025

SouthState Bank, N.A.                        (p)AMERICAN AIRLINES FEDERAL CREDIT UNION     Barclays
c/o Raye C. Elliott, Esq.                    P O BOX 619001                                Attn: Bankruptcy
Akerman LLP                                  MD 2100                                       Po Box 8801
401 East Jackson St.                         DFW AIRPORT TX 75261-9001                     Wilmington, DE 19899-8801
Suite 1700
Tampa, FL 33602-5250

Barclays Bank                                CFNA                                          CREDIT FIRST NA
Attn: Bankruptcy                             Attn: Bankruptcy                              PO BOX 818011
P.O. Box 8801                                Po Box 81315                                  CLEVELAND, OH 44181-8011
Wilmington, DE 19899-8801                    Cleveland, OH 44181-0315


Capital One                                  Citibank/Best Buy                             Citibank/The Home Depot
Attn: Bankruptcy                             Citicorp Cr Srvs/Centralized Bankruptcy       Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 30285                                 Po Box 790040                                 Po Box 790040
Salt Lake City, UT 84130-0285                St Louis, MO 63179-0040                       St Louis, MO 63179-0040


Comenity Bank/American Signature Furnitu     Comenity Bank/Express                         Comenity Bank/TSA
Attn: Bankruptcy                             Attn: Bankruptcy                              Attn: Bankruptcy
Po Box 182125                                Po Box 182125                                 Po Box 182125
Columbus, OH 43218-2125                      Columbus, OH 43218-2125                       Columbus, OH 43218-2125


Comenity/Ikea                                First Premier Bank                            Fortiva
Attn: Bankruptcy                             3820 N Louise Ave                             Attn: Bankruptcy
Po Box 182125                                Sioux Falls, SD 57107-0145                    Po Box 105555
Columbus, OH 43218-2125                                                                    Atlanta, GA 30348-5555


Hyundai Motor Finance                        IRS Centralized Bankruptcy Department         JPMorgan Chase Bank, N.A.
Attn: Bankruptcy                             PO Box 7346                                   s/b/m/t Chase Bank USA, N.A.
Po Box 20829                                 Philadelphia, PA 19101-7346                   c/o National Bankruptcy Services, LLC
Fountain Valley, CA 92728-0829                                                             P.O. Box 9013
                                                                                           Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC             Jpmcb                                         LVNV Funding, LLC
PO BOX 7999                                  MailCode LA4-7100                             Resurgent Capital Services
SAINT CLOUD MN 56302-7999                    700 Kansas Lane                               PO Box 10587
                                             Monroe, LA 71203-4774                         Greenville, SC 29603-0587


Lincoln Automotive Fin                       Lincoln Automotive Financial Services c/o AI  (p)DSNB MACY S
Attn: Bankruptcy                             4515 N. Santa Fe Ave. Dept. APS               CITIBANK
Po Box 542000                                Oklahoma City, OK 73118-7901                  1000 TECHNOLOGY DRIVE MS 777
Omaha, NE 68154-8000                                                                       O FALLON MO 63368-2239


Office of the US Trustee                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC          Quantum3 Group LLC as agent for
51 S.W. 1st Ave.                             PO BOX 41067                                  Comenity Capital Bank
Suite 1204                                   NORFOLK VA 23541-1067                         PO Box 788
Miami, FL 33130-1614                                                                       Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Southstate Bank<br>c/o Akerman LLP<br>98 SE 7th Street<br>Suite 1100<br>Miami, FL 33131-3525 | Syncb/Car Care Se Toyo<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Toys R Us<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/walmart<br>Po Box 71746<br>Philadelphia, PA 19176-1746 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Pob 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Banana Republic<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)TD BANK USA N A<br>C/O WEINSTEIN & RILEY P S<br>749 GATEWAY STE G601<br>ABILENE TX 79602-1196 | Target NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| Telecom Selfreported<br>Po Box 4500<br>Allen, TX 75013-1311 | Walmart Credit Services/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Pob 10438 Mac F8235-02f<br>Des Moines, IA 50306-0438 | World Omni Financial Corp.<br>Attn: Bankruptcy<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 | Jose Antonio Parafita Corcho<br>415 NW 85th Place #6<br>Miami, FL 33126-3856 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>6625 Miami Lakes Drive<br>Mailbox no. 426<br>Miami Lakes, FL 33014-2708 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Airlines FCU<br>Attn: Bankruptcy<br>P.O. Box 619001 Md 2100<br>Dew Airport, TX 75261 | Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Macy's/ DSNB<br>Atytn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 |

```
PORTFOLIO RECOVERY ASSOCIATES, LLC      (d)Portfolio Recovery Associates, LLC      TD Bank USA, N.A.
POB 41067                               POB 41067                                   C/O Weinstein & Riley, PS
Norfolk, VA 23541                       Norfolk VA 23541                            749 GATEWAY, SUITE G-601
                                                                                    ABILENE, TX 79602
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                (u)Christopher C. Hazelip, Jr.              End of Label Matrix
                                        50 North Laura Street                       Mailable recipients    52
                                        Suite 3100                                  Bypassed recipients     2
                                        FL 32020                                    Total                  54
```



Mariana Muñoz
Attorney

Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3646

Telephone: (904) 798-3700
Facsimile: (904) 798-3730

mariana.munoz@akerman.com

June 18, 2025

**Via E-Mail:jphlebotomy@yahoo.com**
**& Via Certified and U.S. Mail, Return**
**Receipt Requested**
Jose A. Parafita Corcho
415 NW 85th Pl., Apt. 6
Miami, Florida 33126

  **Re:** *SouthState Bank, N.A. v. JP Phlebotomy Services, Corp., et al.*, Case No. 2025-005101-CA-01, In the Circuit Court, Eleventh Judicial Circuit, In and For Miami-Dade County, Florida

Dear Mr. Parafita Corcho:

  As you know, this firm represents SouthState Bank, N.A. ("SouthState" or "Lender") in connection with the above-referenced matter. On June 12, 2025, SouthState filed Plaintiff's Motion for Final Default and Final Summary Judgment (the "Motion"). As you are unrepresented and proceeding *pro se* in this case and did not include any other contact information in your filing, we ask that you respond to this letter via email or phone so we can schedule a hearing on Plaintiff's Motion without having to bring this to the attention of the Court.

  Should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your attorney respond to this letter.

  Thank you for your prompt attention to this important matter.

Sincerely,

Mariana Muñoz

cc: Alexandra Mora (via e-mail)

akerman.com
81868917;1

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JOSE ANTONIO PARAFITA CORCHO,

    Debtor.
_____/

Case No.: 25-16900-LMI
Chapter 13

### DECLARATION OF ALEXANDRA M. MORA

I, Alexandra M. Mora, hereby declare:

1. My name is Alexandra M. Mora and I am attorney with the law firm of Akerman LLP. My office is located at 98 SE 7th Street, Suite 1100, Miami, FL 33131.

2. I represent SouthState Bank, N.A. in the case styled *SouthState Bank, N.A. v. JP Phlebotomy Services, Corp. and Jose A. Parafita Corcho*, Case No. 2025-005101-CA-01, Circuit Court, Eleventh Judicial Circuit, In and For Miami-Dade County, Florida.

3. I never received any notice(s) of the bankruptcy case filed by the Debtor in this case, Jose Antonio Parafita Corcho. I never received any mail from the bankruptcy noticing center concerning this bankruptcy case.

4. The Debtor did not respond to the letters sent to him by my colleague, Mariana Munoz, on June 18, 2025, July 25, 2025, and August 20, 2025.

5. The Debtor appeared at the October 1, 2025 hearing on SouthState Bank's Motion for Final Default and Final Summary Judgment, but did not inform me or the state court that he had filed a bankruptcy case.

84181279;1

**Exhibit B**

2

6. The Debtor did not notify me or anyone else from my law firm that he had filed a bankruptcy case until we received a letter from him on October 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2025.

Alexandra M. Mora

**Exhibit B**



Mariana Muñoz
Attorney

Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL  32202-3646

Telephone: (904) 798-3700
Facsimile: (904) 798-3730

mariana.munoz@akerman.com

July 25, 2025

**Via E-Mail:jphlebotomy@yahoo.com**
**& Via FedEx**
Jose A. Parafita Corcho
415 NW 85th Pl., Apt. 6
Miami, Florida 33126

      **Re:**    *SouthState Bank, N.A. v. JP Phlebotomy Services, Corp., et al.*, **Case No. 2025-005101-CA-01, In the Circuit Court, Eleventh Judicial Circuit, In and For Miami-Dade County, Florida**

Dear Mr. Parafita Corcho:

    As you know, this firm represents SouthState Bank, N.A. in connection with the above-referenced matter. We will be setting this matter for a status conference before the Court and have obtained the following tentative dates for the conference: August 20, 2025 at 9 a.m.-10 a.m.; August 21, 2025 at 9 a.m.-10 a.m.; August 27, 2025 at 9 a.m.-10 a.m.; and August 28, 2025 at 9 a.m.-10 a.m. Please let us know by noon on Friday, August 1, 2025 whether you have a preference for any of these dates. Please call me at 904-798-3700 or email me at mariana.munoz@akerman.com. If we do not hear from you by that date, we will presume you are available on all of these dates, and we will choose one of these dates and schedule the hearing.

    Again, should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your attorney respond to this letter.

    Thank you for your prompt attention to this important matter.

Sincerely,

Mariana Muñoz

cc:    Alexandra Mora (via e-mail)

akerman.com
82453614;1

**Exhibit C**



Mariana Muñoz<br>
Attorney<br><br>
Akerman LLP<br>
50 North Laura Street<br>
Suite 3100<br>
Jacksonville, FL 32202-3646<br><br>
Telephone: (904) 798-3700<br>
Facsimile: (904) 798-3730<br><br>
mariana.munoz@akerman.com

August 28, 2025

**Via E-Mail:jphlebotomy@yahoo.com &**
**Via FedEx**
Jose A. Parafita Corcho
415 NW 85th Pl., Apt. 6
Miami, Florida 33126

      Re:    *SouthState Bank, N.A. v. JP Phlebotomy Services, Corp., et al.*, **Case No. 2025-005101-CA-01, In the Circuit Court, Eleventh Judicial Circuit, In and For Miami-Dade County, Florida**

Dear Mr. Parafita Corcho:

      As you know, this firm represents SouthState Bank, N.A. in connection with the above-referenced matter. We will be setting the *Motion for Final Default and Final Summary Judgment*, filed on June 12, 2025, for a hearing and have obtained the following tentative dates for the hearing:

- September 24, 2025 at 9 a.m.
- September 25, 2025 at 9:00 a.m.
- October 1, 2025 at 9:00 a.m.
- October 15, 2025 at 9:00 a.m.
- October 16, 2025 at 9:00 a.m.

This hearing will take place via Zoom. <u>Please let us know by noon on Thursday, September 4, 2025</u> whether you have a preference for any of these dates. Please call me at 904-798-3700 or email me at mariana.munoz@akerman.com. If we do not hear from you by that date, we will presume you are available on all of these dates, and we will choose one of these dates and schedule the hearing.

      Again, should you retain counsel (or have retained counsel), please forward this letter to your attorney and have your attorney respond to this letter. Thank you for your prompt attention to this important matter.

Sincerely,<br><br>
*/s/ Mariana Muñoz*<br>
Mariana Muñoz

cc:    Alexandra Mora (via e-mail)

akerman.com
82946612;1

**Exhibit D**

# *Delinquent Payment Statement*

|  |  |
|---|---|
| Bill For: | 04/05/2025 |
| Payment Amount: | $1,366.07 |
| Statement Date: | 03/17/2025 |
| Loan Number: | **6877** |
| SBA Number: | 9106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |

JP PHLEBOTOMY SERVICES , CORP.
415 NW 85th PL
Apt 6
Miami, FL. 33126-3856

| Unpaid Late Charges: | $275.14 |
|---|---|
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$7,144.09** |

Include an additional $68.30 late fee if not paid before the 15th

Customer Service:    866-261-1301

**Payment Activity**

| Date | Description | Principal | Interest | Escrow | Late Charge | Fees/Other | Total |
|---|---|---|---|---|---|---|---|

Principal Balance on    03/17/2025    95,582.94

Please email SBA_Servicing@SouthStateBank.com with any questions regarding your loan.

**Bankruptcy Message**

If you are in bankruptcy or if your loan obligation has been discharged in bankruptcy and not reaffirmed, this statement is for regulatory compliance and informational purposes only and is not intended as an attempt to collect a debt or recover all or any portion of the debt from you personally.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - [ Detach ] - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Payment Notice**

**SouthState Bank, N.A.**
SBA Servicing
P.O. Box 118068
Charleston, SC 29423

JP PHLEBOTOMY SERVICES

| Bill For: | 04/05/2025 |
|---|---|
| Payment Amount: | $1,366.07 |
| Statement Date: | 03/17/2025 |
| Loan Number: | **6877** |
| SBA Number: | 9106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |

| Unpaid Late Charges: | $275.14 |
|---|---|
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$7,144.09** |

Include an additional $68.30 late fee if not paid before the 15th

# **Exhibit E**

0 0 0 0 1 0 0 1 3 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0    6 8 7 7 0 0 0 0 0 0 0 0 0 7 1 4 4 0 9 0 4 0 5 2 5 6

## *Delinquent Payment Statement*

|  |  |
|---|---|
| Bill For: | 05/05/2025 |
| Payment Amount: | $1,448.61 |
| Statement Date: | 04/18/2025 |
| Loan Number: | **6877** |
| SBA Number: | 9106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |

JP PHLEBOTOMY SERVICES , CORP.
415 NW 85th PL
Apt 6
Miami, FL. 33126-3856

|  |  |
|---|---|
| Unpaid Late Charges: | $343.44 |
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$8,661.00** |

Include an additional $72.43 late fee if not paid before the 15th

Customer Service:    866-261-1301

Payment Activity

| Date | Description | Principal | Interest | Escrow | Late Charge | Fees/Other | Total |
|---|---|---|---|---|---|---|---|

Principal Balance on    04/18/2025    95,582.94

Please email SBA_Servicing@SouthStateBank.com with any questions regarding your loan.

**Bankruptcy Message**

If you are in bankruptcy or if your loan obligation has been discharged in bankruptcy and not reaffirmed, this statement is for regulatory compliance and informational purposes only and is not intended as an attempt to collect a debt or recover all or any portion of the debt from you personally.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - [ Detach ] - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Payment Notice**

**SouthState Bank, N.A.**
SBA Servicing
P.O. Box 118068
Charleston, SC 29423

JP PHLEBOTOMY SERVICES

|  |  |
|---|---|
| Bill For: | 05/05/2025 |
| Payment Amount: | $1,448.61 |
| Statement Date: | 04/18/2025 |
| Loan Number: | **6877** |
| SBA Number: | 9106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |
| Unpaid Late Charges: | $343.44 |
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$8,661.00** |

Include an additional $72.43 late fee if not paid before the 15th

## **Exhibit E**

0 0 0 0 1 0 0 1 3 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 ▮ 6 8 7 7 0 0 0 0 0 0 0 0 0 8 6 6 1 0 0 0 5 0 5 2 5 5

## Delinquent Payment Statement

|  |  |
|---|---|
| Bill For: | 06/05/2025 |
| Payment Amount: | $1,448.61 |
| Statement Date: | 05/20/2025 |
| Loan Number: | 6877 |
| SBA Number: | 39106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |

JP PHLEBOTOMY SERVICES , CORP.
415 NW 85th PL
Apt 6
Miami, FL. 33126-3856

| | |
|---|---|
| Unpaid Late Charges: | $415.87 |
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$10,182.04** |

Include an additional $72.43 late fee if not paid before the 15th

Customer Service:    866-261-1301

Payment Activity

| Date | Description | Principal | Interest | Escrow | Late Charge | Fees/Other | Total |
|---|---|---|---|---|---|---|---|

Principal Balance on    05/20/2025    95,582.94

Please email SBA_Servicing@SouthStateBank.com with any questions regarding your loan.

**Bankruptcy Message**
If you are in bankruptcy or if your loan obligation has been discharged in bankruptcy and not reaffirmed, this statement is for regulatory compliance and informational purposes only and is not intended as an attempt to collect a debt or recover all or any portion of the debt from you personally.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - [ Detach ] - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Payment Notice**

**SouthState Bank, N.A.**
SBA Servicing
P.O. Box 118068
Charleston, SC 29423

JP PHLEBOTOMY SERVICES

| | |
|---|---|
| Bill For: | 06/05/2025 |
| Payment Amount: | $1,448.61 |
| Statement Date: | 05/20/2025 |
| Loan Number: | 6877 |
| SBA Number: | 9106 |
| Interest Rate: | 10.250000% |
| **Payment Past Due:** | **12/05/2024** |
| Unpaid Late Charges: | $415.87 |
| Other Charges: | $0.00 |
| OverPayments: | $0.00 |
| Escrow: | $0.00 |
| **Total Due:** | **$10,182.04** |

Include an additional $72.43 late fee if not paid before the 15th

**Exhibit E**

0 0 0 0 1 0 0 1 3 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 ■ 6 8 7 7 0 0 0 0 0 0 0 0 1 0 1 8 2 0 4 0 6 0 5 2 5 7